FILED

2003 OCT 14 A 9: 45

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT T. PARKER : CIVIL ACTION NO.
    Plaintiff, : 3:03cv 930 (CFD)
:
v. :
:
HARTFORD PARKING AUTHORITY and :
MERYTH DEAN WILLIAMS, Chairperson,:
Hartford Parking Authority in her official :
and individual capacities and :
SERAFIN MENDEZ MENDEZ, Treasurer, :
Hartford Parking Authority in his official :
and individual capacities, :
    Defendants. : OCTOBER 13, 2003

## AMENDED JOINT MOTION FOR EXTENSION OF TIME[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for Defendants to object and/or respond to Plaintiff's Request for Admissions and Plaintiff's Interrogatories and Requests for Production, all of which are dated August 8, 2003 (the "Discovery"). Additionally, through Defendants' counsel, Plaintiff, Robert T. Parker ("Plaintiff"), moves that the Count enter an order extending the deadline to respond to

---

[1] This Motion is amended only to the extent that it corrects typographical errors in dates mentioned in numbered paragraphs 2 and 4, and the 'Wherefore' clause of the October 10, 2003 Joint Motion for Extension of Time.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944

Defendants' First Set of Interrogatories and Requests for Production dated September 3, 2003. Defendants offer the following in support of this joint motion:

1. The deadline for Defendants to object and/or respond to Discovery in the captioned case is October 15, 2003.

2. Defendants move this Court for an extension of the deadline for Defendants' submission of Discovery from October 15, 2003 to October 22, 2003.

3. Attorney Jill Hartley from this office has conferred with Counsel for Plaintiff regarding this matter. Counsel for Plaintiff has indicated to Attorney Hartley that he has no objection to the additional time sought by Defendants to respond and/or object to the Discovery.

4. Under this Motion, counsel for the Plaintiff has requested that Defendants' counsel seek, on Plaintiff's behalf, an extension of time to respond to Defendants' First Set of Interrogatories and Requests for Production from October 8, 2003 to October 22, 2003.

5. Counsel for Defendants has no objection to the granting Plaintiff's request for an extension to respond to same.

6. This is Defendants' second request for extension of time regarding its respective deadline.

7. This is Plaintiff's first request for extension of time regarding its respective deadline.

WHEREFORE, Defendants respectfully request this Court to extend the deadline for

serving their responses and/or objections to the Discovery to October 22, 2003, and to extend the deadline for Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production to October 22, 2003.

**DEFENDANTS, HARTFORD PARKING AUTHORITY, MERYTH DEAN WILLIAMS and SERAFIN MENDEZ MENDEZ**

By: _____
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 13th day of October, 2003 to:

Eliot B. Gersten, Esq.            Jonathan L. Gould, Esq.
Gersten & Clifford                214 Main Street
214 Main Street                   Hartford, CT 06106
Hartford, CT 06106

_____
Michael G. Albano

E:\WPDOCS\HartfordParking\Parker\extend.time.amended.resp.discovery2.wpd

- 3 -