UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER,<br>PLAINTIFF, | : CIVIL ACTION NO.: 3:03CV930(CFD)<br>:<br>: |
| V. | : |
| HARTFORD PARKING AUTHORITY, ET AL.<br>DEFENDANTS | :<br>: OCTOBER 14, 2003<br>: |

## MOTION FOR EXTENSION OF TIME TO RESPOND
## TO NON-PARTY'S MOTION TO QUASH

The Plaintiff seeks a 21 day extension of time to and including November 11, 2003 to respond to the pending Motion to Quash filed by the non-party CPS. The reason for this request is that counsel have engaged in discussions attempting to resolve the pending motion, but have not yet reached an agreement. Counsel has not yet obtained consent for this motion but expects that counsel for the non-party would consent to this request.

THE PLAINTIFF,
ROBERT T. PARKER

By: _____
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

- and -

By: _____
Jonathan L. Gould, Esq. (ct 05237)
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax: 860-278-9124
E-mail: jgould@igc.org
His Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was mailed on October 14, 2003 to all counsel and pro se parties, via U.S. Mail, postage prepaid, as follows:

Jill Hartley, Esq.
Michael G. Albano, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: 860-541-2077
Fax: 860-713-8944

Stanley Cohen, Esq.
Cohen, Auger Burns & Hard
39 Grand Street
Hartford, CT 06106

_____
Eliot B. Gersten