UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT T. PARKER                    :     CIVIL ACTION NO.
     Plaintiff,                        :     3:03cv 930 (CFD)
                          :
                          :
v.                                  :
                          :
HARTFORD PARKING AUTHORITY and :
MERYTH DEAN WILLIAMS, Chairperson,:
Hartford Parking Authority in her official    :
and individual capacities and            :
SERAFIN MENDEZ MENDEZ, Treasurer,  :
Hartford Parking Authority in his official     :
and individual capacities,               :
     Defendants.                   :     OCTOBER 10, 2003

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local

Rules of Civil Procedure for the United States District Court, District of Connecticut, the

Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez

(collectively "Defendants"), move that the Court enter an order extending the deadline for

Defendants to object and/or respond to Plaintiff's Request for Admissions and Plaintiff's

Interrogatories and Requests for Production, all of which are dated August 8, 2003 (the

"Discovery"). Additionally, through Defendants' counsel, Plaintiff, Robert T. Parker

("Plaintiff"), moves that the Count enter an order extending the deadline to respond to

Defendants' First Set of Interrogatories and Requests for Production dated September 3, 2003.

Defendants offer the following in support of this joint motion: