UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03cv 930 (CFD) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY and | : | |
| MERYTH DEAN WILLIAMS, Chairperson, | : | |
| Hartford Parking Authority in her official | : | |
| and individual capacities and | : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, | : | |
| Hartford Parking Authority in his official | : | |
| and individual capacities, | : | |
|    Defendants. | : | OCTOBER 22, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for Defendants to object and/or respond to Plaintiff's Request for Admissions and Plaintiff's Interrogatories and Requests for Production, all of which are dated August 8, 2003 (the "Discovery"). Defendants offer the following in support of this motion:

1. The deadline for Defendants to object and/or respond to Discovery in the captioned case is October 15, 2003.

2. Defendants moved this Court for an extension of the deadline for Defendants' response

        to the Discovery from October 15, 2003 to October 22, 2003.

3.     Attorney Jill Hartley from this office has conferred with Counsel for Plaintiff regarding this matter. Counsel for Plaintiff has indicated to Attorney Hartley that he has no objection to an additional seven days for Defendants to respond and/or object to the Discovery.

4.     **This is Defendants' third request for extension of time regarding its deadline.**

**WHEREFORE, Defendants respectfully request this Court to extend the deadline for serving their responses and/or objections to the Discovery to October 29, 2003.**

                                                  **DEFENDANTS, HARTFORD PARKING AUTHORITY, MERYTH DEAN WILLIAMS and SERAFIN MENDEZ MENDEZ**

                                                  By:_____
                                                     Jill Hartley
                                                     Fed. Bar No. CT 10570
                                                     Michael G. Albano
                                                     Fed. Bar No. CT 21440
                                                     Sabia & Hartley, LLC
                                                     190 Trumbull Street, Suite 202
                                                     Hartford, CT 06103
                                                     Tel: (860) 541-2077
                                                     Fax: (860) 713-8944

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 22nd day of October, 2003 to:

| | |
|---|---|
| Eliot B. Gersten, Esq.<br>Gersten & Clifford<br>214 Main Street<br>Hartford, CT 06106 | Jonathan L. Gould, Esq.<br>214 Main Street<br>Hartford, CT 06106 |

_____

Jill Hartley

E:\WPDOCS\HartfordParking\Parker\extend.time.resp.discovery.10.22.03.wpd

- 3 -