UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER | CIVIL ACTION NO. |
| Plaintiff, | 3:03cv 930 (CFD) |
| v. | |
| HARTFORD PARKING AUTHORITY and MERYTH DEAN WILLIAMS, Chairperson, Hartford Parking Authority in her official and individual capacities and SERAFIN MENDEZ MENDEZ, Treasurer, Hartford Parking Authority in his official and individual capacities, Defendants. | OCTOBER 13, 2003 |

## AMENDED JOINT MOTION FOR EXTENSION OF TIME[1]

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for Defendants to object and/or respond to Plaintiff's Request for Admissions and Plaintiff's Interrogatories and Requests for Production, all of which are dated August 8, 2003 (the "Discovery"). Additionally, through Defendants' counsel, Plaintiff, Robert T. Parker ("Plaintiff"), moves that the Court enter an order extending the deadline to respond to

---

[1] This Motion is amended only to the extent that it corrects typographical errors in dates mentioned in numbered paragraphs 2 and 4, and the 'Wherefore' clause of the October 10, 2003 Joint Motion for Extension of Time.