FILED
2003 NOV -5  P 1:27
US DISTRICT COURT
HARTFORD CT

GRANTED. It is so ordered.
[signature] U.S.D.J.
11/1/[03]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT T. PARKER
    Plaintiff,
                                     :      CIVIL ACTION NO.
                                     :      3:03cv 930 (CFD)
v.

HARTFORD PARKING AUTHORITY and :
MERYTH DEAN WILLIAMS, Chairperson,:
Hartford Parking Authority in her official :
and individual capacities and :
SERAFIN MENDEZ MENDEZ, Treasurer, :
Hartford Parking Authority in his official :
and individual capacities, :
    Defendants.                       :      OCTOBER 22, 2003

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for Defendants to object and/or respond to Plaintiff's Request for Admissions and Plaintiff's Interrogatories and Requests for Production, all of which are dated August 8, 2003 (the "Discovery"). Defendants offer the following in support of this motion:

1. The deadline for Defendants to object and/or respond to Discovery in the captioned case is October 15, 2003.

2. Defendants moved this Court for an extension of the deadline for Defendants' response to the Discovery from October 15, 2003 to October 22, 2003.