UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER,<br>    PLAINTIFF,<br><br>V.<br><br>HARTFORD PARKING AUTHORITY, ET AL.<br>    DEFENDANTS | CIVIL ACTION NO.: 3:03CV930(CFD)<br><br><br><br><br>OCTOBER 14, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO NON-PARTY'S MOTION TO QUASH

The Plaintiff seeks a 21 day extension of time to and including November 11, 2003 to respond to the pending Motion to Quash filed by the non-party CPS. The reason for this request is that counsel have engaged in discussions attempting to resolve the pending motion, but have not yet reached an agreement. Counsel has not yet obtained consent for this motion but expects that counsel for the non-party would consent to this request.

                           THE PLAINTIFF,
                           ROBERT T. PARKER

By:_____
    Eliot B. Gersten (ct14632)
    GERSTEN & CLIFFORD
    214 Main Street
    Hartford, CT 06106
    Telephone No. (860) 527-7044
    Fax No. (860) 527-4968
    E-mail: EliotG@gersten-clifford.com
    His Attorney

- and -