UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER : | |
| PLAINTIFF : | CIVIL ACTION NO.: 303CV930 (CFD) |
| : | |
| V. : | |
| : | |
| HARTFORD PARKING AUTHORITY, : | |
| ET AL : | |
| DEFENDANTS : | |
| : | SEPTEMBER 25, 2003 |

## MOTION TO QUASH

Connecticut Parking Services pursuant to Rule 45 of the Federal Rules of Civil Procedure moves that this Court quash the Plaintiff's Notice of Request for Production of Documents from Non-Party in the above matter on the following basis:

1. Said request is improper in that Connecticut Parking Services is not an entity in that the correct name is Connecticut Parking Services, Inc. and as such no such proper has been made upon Connecticut Parking Services, Inc.

2. Service of the Plaintiff's Notice of Request for Production of Documents from Non-Party was not left in the hands of an officer or agent of Connecticut Parking Services, Inc.

3. The documentation requested requires disclosure of privileged or other protective matter and no exception of waiver applies.

4. Subjects Connecticut Parking Services to an undue burden.

5. Does not set forth the text of subdivisions (c) and (d) of Rule 45.

CONNECTICUT PARKING SERVICES

By: _____
Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106
Tel: (860) 549-4740
Its Attorneys

The Clerk shall docket this submission and include it in the Court's file. So ordered.
Christopher F. Droney
United States District Judge
12/?/03

COHEN, AUGER, BURNS & HARD
ATTORNEYS AT LAW
39 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 549-4740 • JURIS#402625

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>      PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>      DEFENDANTS | SEPTEMBER 25, 2003 |

## ORDER

The following motion having been heard and it appearing that the same ought to be granted it is hereby ORDERED:

GRANTED / DENIED

BY THE COURT

_____
Judge / Assistant Clerk

## CERTIFICATION

This is to certify that on this 25th day of September, 2003, a copy of the foregoing has been mailed to the following: Gersten & Clifford, Eliot B. Gersten, Esq., 214 Main Street, Hartford, Connecticut 06106; and, Jill Hartley, Esq., Michael G. Albano, Sabia & Hartley, LLC, 190 Trumbull Street, Suite 202, Hartford, CT 06103.

Stanley Cohen, Esq.