UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: 3:03CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL. | |
| DEFENDANTS | NOVEMBER 11, 2003 |

### COUNSEL'S AFFIDAVIT RE: DISCOVERY DISPUTE

I, Eliot B. Gersten, do hereby depose and say the following:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am a general partner in the law firm of Gersten & Clifford.

3. Based upon Rule 45, I issued two separate subpoenaes seeking to obtain copies of documents. The subpoenas were served upon Connecticut Parking Services ("CPS") and Carlos Lopez, and copies are attached hereto as Exhibit 1.

4. The return of service indicates that one individual accepted service on behalf of the corporation. Nelson R. Carajel, Manager, Connecticut Parking Services provided his card to confirm his authroity to accept service. Carlos Lopez was served personally. Copies of the returns of service are Exhibit 2.

5. I received a motion to quash the subpoena served upon CPS and immediately contacted its counsel Stanley Cohen to determine if the parties could resolve the

motion without intervention by the court. I have engaged Attorney Cohen in several follow-up discussions and letters, but have failed to resolve the dispute.

6. The other non-party, Lopez, did not file any response to the subpoena.

       AFFIANT,

       _____
       Eliot B. Gersten

Subscribed and sworn to before me, this /1 day of November, 2003.

       _____
       Kimberley J. Whited
       Notary Public
       My commission expires: 5-31-08

**KIMBERLEY J. WHITED**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAY 31, 2008

# EXHIBIT 1

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT T. PARKER,
    PLAINTIFF

V.

HARTFORD PARKING AUTHORITY, ET AL.
    DEFENDANTS

TO: Carlos Lopez
Connecticut Parking Services
55 South Chapel Street
Hartford, CT 06103

## SUBPOENA IN A CIVIL CASE
DUCES TECUM

CASE NUMBER: 3:03cv930 (CFD)

PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT HARTFORD

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED ADDENDUM

| PLACE | DATE AND TIME |
|---|---|
| GERSTEN & CLIFFORD<br>214 Main Street<br>Hartford, CT 06106   Tel: 860-527-7044 | October 1, 2003<br>1:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Plaintiff | September 18, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Eliot B. Gersten, Esq. (ct 05213)
Gersten & Clifford, 214 Main Street, Hartford, CT 06106   Tel: 860-527-7044

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| | |

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER,<br>  PLAINTIFF, | : CIVIL ACTION NO.: 3:03CV930(CFD)<br>:<br>: |
| V. | :<br>: |
| HARTFORD PARKING AUTHORITY, ET AL.<br>  DEFENDANTS | :<br>: SEPTEMBER 18, 2003<br>: |

**PLAINTIFF'S NOTICE OF REQUEST FOR PRODUCTION
OF DOCUMENTS FROM NON-PARTY**

To:   Jill Hartley, Esq.
      Michael G. Albano (ct21440)
      Fed. Bar No. Ct 10570
      SABIA & HARTLEY, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      Tel: 860-541-2077

**PLEASE TAKE NOTICE** that the undersigned attorney is seeking the production of documents from a non-party pursuant to Fed.R.Civ.P. 34 and 45, at the following time and place:

**Name of Non-Party:**   Carlos Lopez
                         Connecticut Parking Services
                         55 South Chapel Street
                         Hartford, CT 06103

**Date and Time:**       Wednesday, October 1, 2003 at 1:00 P.M.

**Place:**               Gersten & Clifford
                         214 Main Street
                         Hartford, CT 06103
                         Tel: 860-527-7044

SEE ATTACHED SCHEDULE A
NO APPEARANCE NECESSARY
DOCUMENTS MAY BE MAILED IN LIEU OF APPEARANCE

PLAINTIFF,
ROBERT T. PARKER

By: _____
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was mailed on September 18, 2003, via regular U.S. Mail, postage prepaid, to:

Jill Hartley, Esq. (ct10570)
Michael G. Albano (ct21440)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
*Tel: 860-541-2077*
*Fax: 860-713-8944*
*E-mail: jhartley@sabiahart.com*
*E-mail: malbano@sabiahart.com*

PLAINTIFF,
ROBERT T. PARKER

By: _____
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

Civil Action No. 3:03cv930 (CFD)

## SCHEDULE A
## FOR DOCUMENTS TO BE PRODUCED BY
## <u>CARLOS LOPEZ OF CONNECTICUT PARKING SERVICES</u>

The corporate representative is to produce at the date, time and place set forth in this subpoena the below-stated documents regarding <u>**Robert Parker v. Hartford Parking Authority, et al**</u>, including, but not limited to:

1. Any and all communications, including e-mails, with any of the representatives' agents or employees of the City of or the Hartford Parking Authority since February, 2000 relating to the management of the parking lots within the City of Hartford;

2. Any and all records in your possession relating or supporting a claim asserted in the case entitled <u>Connecticut Parking Services, Inc. v. Hartford Parking Authority and Frank DelMonaco</u>, case number: 01-0811819, and any documents relating to its settlement;

3. All documentation relating to any certificates of deposit or othe funds held by you in escrow on behalf of or belonging to the defendant Hartford Parking Authority;

4. Any audited financial records of Connecticut Parking Services, Inc. since 1998.

5. Any certified financial records of Connecticut Parking Services, Inc. since 1998;

6. Any documents relating to the negotiation or execution of any extension of a management agreement with Hartford Parking Authority;

7. Any documents relating to the settlement of a lawsuit against the Hartford Parking Authority;

8. Any documents referring to Robert Parker; and

9. Any documents reflecting an accrued liability or rent owed to the City of Hartford or Hartford Parking Authority.

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT T. PARKER,
    PLAINTIFF

V.

HARTFORD PARKING AUTHORITY, ET AL.
    DEFENDANTS

**SUBPOENA IN A CIVIL CASE**
DUCES TECUM
CASE NUMBER: 3:03cv930 (CFD)

PENDING IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT AT HARTFORD

TO: Corporate Representative
Connecticut Parking Services
55 South Chapel Street
Hartford, CT 06103

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

       SEE ATTACHED ADDENDUM

| PLACE | DATE AND TIME |
|---|---|
| GERSTEN & CLIFFORD<br>214 Main Street<br>Hartford, CT 06106    Tel: 860-527-7044 | October 1, 2003<br>12 Noon |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]    Attorney for Plaintiff | September 18, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Eliot B. Gersten, Esq. (ct 05213)
Gersten & Clifford, 214 Main Street, Hartford, CT  Tel: 860-527-7044

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER, | : CIVIL ACTION NO.: 3:03CV930(CFD) |
| PLAINTIFF, | : |
| V. | : |
| HARTFORD PARKING AUTHORITY, ET AL. | : |
| DEFENDANTS | : SEPTEMBER 18, 2003 |

**PLAINTIFF'S NOTICE OF REQUEST FOR PRODUCTION
OF DOCUMENTS FROM NON-PARTY**

To:   Jill Hartley, Esq.
      Michael G. Albano (ct21440)
      Fed. Bar No. Ct 10570
      SABIA & HARTLEY, LLC
      190 Trumbull Street, Suite 202
      Hartford, CT 06103
      Tel: 860-541-2077

   **PLEASE TAKE NOTICE** that the undersigned attorney is seeking the production of documents from a non-party pursuant to Fed.R.Civ.P. 34 and 45, at the following time and place:

**Name of Non-Party:**   Corporate Representative
                         Connecticut Parking Services
                         55 South Chapel Street
                         Hartford, CT 06103

**Date and Time:**   Wednesday, October 1, 2003 at 12 Noon

**Place:**   Gersten & Clifford
             214 Main Street
             Hartford, CT 06103
             Tel: 860-527-7044

SEE ATTACHED SCHEDULE A
NO APPEARANCE NECESSARY
DOCUMENTS MAY BE MAILED IN LIEU OF APPEARANCE

PLAINTIFF,
ROBERT T. PARKER

By: _____
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was mailed on September 18, 2003, via regular U.S. Mail, postage prepaid, to:

Jill Hartley, Esq. (ct10570)
Michael G. Albano (ct21440)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
*Tel: 860-541-2077*
*Fax: 860-713-8944*
*E-mail: jhartley@sabiahart.com*
*E-mail: malbano@sabiahart.com*

_____
Eliot B. Gersten

Civil Action No. 3:03cv930 (CFD)

## SCHEDULE A
## DOCUMENTS TO BE PRODUCED BY
## CORPORATE REPRESENTATIVE OF CONNECTICUT PARKING SERVICES

The corporate representative is to produce at the date, time and place set forth in this subpoena the below-stated documents regarding **Robert Parker v. Hartford Parking Authority, et al**, including, but not limited to:

1. Any and all communications, including e-mails, with any of the representatives' agents or employees of the City of or the Hartford Parking Authority since February, 2000 relating to the management of the parking lots within the City of Hartford;

2. Any and all records in your possession relating or supporting a claim asserted in the case entitled Connecticut Parking Services, Inc. v. Hartford Parking Authority and Frank DelMonaco, case number: 01-0811819, and any documents relating to its settlement;

3. All documentation relating to any certificates of deposit or othe funds held by you in escrow on behalf of or belonging to the defendant Hartford Parking Authority;

4. Any audited financial records of Connecticut Parking Services, Inc. since 1998.

5. Any certified financial records of Connecticut Parking Services, Inc. since 1998;

6. Any documents relating to the negotiation or execution of any extension of a management agreement with Hartford Parking Authority;

7. Any documents relating to the settlement of a lawsuit against the Hartford Parking Authority;

8. Any documents referring to Robert Parker; and

9. Any documents reflecting an accrued liability or rent owed to the City of Hartford or Hartford Parking Authority.

# EXHIBIT 2

**Connecticut Parking Services**
55 South Chapel Street
Hartford, CT 06103

OFFICER'S RETURN TO C

STATE OF CONNECTICUT:
: SS: HARTFORD
COUNTY OF HARTFORD :

Then I made due service of the within SUBPOENA IN A CIVIL CASE, by reading the same in the presence and hearing of and leaving a true copy thereof with and in the hands of NELSON R. CARVAJAL, MANAGER, CONNECTICUT PARKING SERVICES, who is authorized to accept service for the within named witness, CORPORATE REPRESENTATIVE, CONNECTICUT PARKING SERVICES, at 55 South Chapel Street, Hartford, Connecticut, and paid/tendered to each the fees allowed by law.

The within is the original SUBPOENA IN A CIVIL CASE, with my doings hereon endorsed.

ATTEST:

JOHN LEPITO
STATE MARSHAL
HARTFORD COUNTY

FEES:
SERVICE:        $ 30.00
TRAVEL:            10.00
PAGES:              4.00
WITNESS FEE:         .00
ENDORSEMENTS:      1.20

TOTAL:          $ 45.20

OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
: SS: HARTFORD   SEPTEMBER 29, 2003
COUNTY OF HARTFORD :

Then I made due service of the within SUBPOENA IN A CIVIL CASE, by reading the same in the presence and hearing of and leaving a true copy thereof with and in the hands of within named witness, CARLOS LOPEZ, at 705 Park Street, Hartford, Connecticut, and paid/tendered to each the fees allowed by law.

The within is the original SUBPOENA IN A CIVIL CASE, with my doings hereon endorsed.

ATTEST:

_____
JOHN LEPITO
STATE MARSHAL
HARTFORD COUNTY

FEES:
SERVICE:         $ 30.00
TRAVEL:            20.00
PAGES:              4.00
WITNESS FEE:         .00
ENDORSEMENTS:      1.20

TOTAL:           $ 55.20