UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL<br>DEFENDANTS | SEPTEMBER 25, 2003 |

### OBJECTION

Connecticut Parking Services pursuant to Rule 45 of the Federal Rules of Civil Procedure hereby objects to the Plaintiff's Notice of Request for Production of Documents from Non-Party and further, Connecticut Parking Service reserves its right to contest jurisdiction in that there has not been proper service of Plaintiff's Notice of Request for Production of Documents from Non-Party and further, the following documents are privileged:

1. Any and all records in the possession of Connecticut Parking Services relating or supporting a claim as asserted in the case against Hartford Parking Authority and Frank DelMonaco, Case No.: 01-0811819, and any documents relating to its settlement.

2. Any audited financial records of Connecticut Parking Services since 1998.

3. Any certified financial records of Connecticut Parking Services since 1998.

4. Any documents relating to the settlement of a lawsuit against Hartford Parking Authority.

Further, Connecticut Parking Services is contemporaneously with the filing of this objection filing a motion to quash and/or modify the Plaintiff's Notice of Request for Production from Non-Party.



The Clerk shall docket this submission and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
12/?/03

CONNECTICUT PARKING SERVICES

By:_____
Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106
Tel: (860) 549-4740
Its Attorneys

COHEN, AUGER, BURNS & HARD
ATTORNEYS AT LAW
39 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 549-4740 • JURIS#402625

## CERTIFICATION

This is to certify that on this 25th day of September, 2003, a copy of the foregoing has been mailed to the following: Gersten & Clifford, Eliot B. Gersten, Esq., 214 Main Street, Hartford, Connecticut 06106; and, Jill Hartley, Esq., Michael G. Albano, Sabia & Hartley, LLC, 190 Trumbull Street, Suite 202, Hartford, CT 06103.

Stanley Cohen, Esq.