UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>DEFENDANTS | SEPTEMBER 25, 2003 |

**MOTION FOR SECURITY OF COSTS**

Connecticut Parking Services a non-party in the above matter moves that this Court enter an order that the plaintiff be required to post a cash deposit or bond with recognized corporate surety as security for costs within thirty days (30) from the entry of such order.

Further, it is requested that this Court, for a good cause, increase the cash deposit or bond referred to in Rule 8 to $3,000.00.

CONNECTICUT PARKING SERVICES

By: _____
Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106
Tel: (860) 549-4740
Its Attorneys

**CERTIFICATION**

This is to certify that on this 25th day of September, 2003, a copy of the foregoing has been mailed to the following: Gersten & Clifford, Eliot B. Gersten, Esq., 214 Main Street, Hartford, Connecticut 06106; and, Jill Hartley, Esq., Michael G. Albano, Sabia & Hartley, LLC, 190 Trumbull Street, Suite 202, Hartford, CT 06103.

_____
Stanley Cohen, Esq.

The Clerk shall docket this submission and include it in the Court's file. So ordered.
Christopher F. Droney
United States District Judge
12/3/03

COHEN, AUGER, BURNS & HARD
ATTORNEYS AT LAW
39 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 549-4740 • JURIS#402625