**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(HARTFORD)**

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: 3:03CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL. | |
| DEFENDANTS | NOVEMBER 11, 2003 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO MOTION TO QUASH AND IN SUPPORT
OF MOTION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM AND MOTION FOR CONTEMPT**

**I.    INTRODUCTION**

Plaintiff Robert Parker ("Parker") was formerly employed as controller with the defendant Hartford Parking Authority ("HPA"). After he voiced concerns privately about the propriety of a contract extension between his employer and Connecticut Parking Services ("CPS"), an operator of one of the parking garages, he was not allowed to speak at a public hearing, and subsequently suspended and then terminated from his job. Parker claims the suspension and termination were a direct result of his objections to the relationship between CPS and his employer and violated his constitutional rights.

*The Clerk shall docket this memorandum and include it in the Court's file. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*12/3/03*