UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: 3:03CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL: | |
| DEFENDANTS | NOVEMBER 11, 2003 |

**PLAINTIFF'S OBJECTION TO MOTION TO QUASH AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM AND MOTION FOR CONTEMPT**

Plaintiff in the above-captioned matter hereby moves, to compel the non-parties Connecticut Parking Services and Carlos Lopez to comply with the subpoena duces tecum. In support of this Motion, plaintiff submits an affidavit with attachments and memorandum of law.

Respectfully submitted,

THE PLAINTIFF
ROBERT T. PARKER

By: _____
Eliot B. Gersten, Esq. (ct05213)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Fax: 860-527-4968

The Clerk shall docket this motion and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
12/3/03