UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

FILED

2003 DEC -3 P 1: 57

US DISTRICT COURT

| | |
|---|---|
| ROBERT T. PARKER | CIVIL ACTION NO: 303CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL | |
| DEFENDANTS | DECEMBER 2, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM

Connecticut Parking Services a non-party in the above matter moves for an extension of time in which to comply with local rule 7(a) to file a memorandum of law in support of its objection, motion to quash and motion for costs.

                            CONNECTICUT PARKING SERVICES
                            NON PARTY

                        BY _____
                            STANLEY COHEN, ESQ
                            COHEN, AUGER, BURNS & HARD
                            39 GRAND STREET
                            HARTFORD, CT 06106
                            Tel: (860) 549-4740
                            ITS ATTORNEY

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, via facsimile and U.S Mail, postage prepaid to all counsel and pro se parties of record on December 2, 2003, as follows:

Jill Hartley, Esq (ct 10570)
Michael G. Albano, (ct21440)
Sabia & Hartley
190 Trumbull Street, Suite 202
Hartford, Ct 06103
Tel: 860-541-2077
Fax: 860-713-8944

Jonathan L Gould, Esq (ct 05237)
Law Offices of Jonathan L Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax 860-278-9124

Eliot B. Gersten (ct14632)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Fax: 860-527-4968