UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

FILED
2003 DEC -3  P 1:57
US DISTRICT COURT

|  |  |
|---|---|
| ROBERT T. PARKER | CIVIL ACTION NO:303CV930(CFD) |
| PLAINTIFF, |  |
| V. |  |
| HARTFORD PARKING AUTHORITY, ET AL |  |
| DEFENDANTS | DECEMBER 2, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM

Connecticut Parking Services a non-party in the above matter moves for an extension of time in which to comply with local rule 7(a) to file a memorandum of law in support of its objection, motion to quash and motion for costs.

CONNECTICUT PARKING SERVICES
NON PARTY

BY _____
STANLEY COHEN, ESQ
COHEN, AUGER, BURNS & HARD
39 GRAND STREET
HARTFORD, CT 06106
Tel: (860) 549-4740
ITS ATTORNEY

*So ordered.*
*CFDroz USDJ*
*12/16/03*

2003 DEC 16  P 6:42
DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: |
| PLAINTIFF, | 3:03cv930(CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY, and | |
| MERYTH DEAN WILLIAMS, Chairperson, Hartford Parking Authority in her official and individual capacities, and | |
| SERAFIN MENDEZ MENDEZ Treasurer, Hartford Parking Authority in his official and individual capacities, | |
| DEFENDANTS | October 23, 2003 |

*[Handwritten margin note: USDJ 10/16/03 So ordered. Absent objection. (signature)]*

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves to amend his complaint.

The Amended Complaint is attached hereto.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

FILED
2003 DEC -3 P 1:57
US DISTRICT COURT

| | |
|---|---|
| ROBERT T. PARKER | CIVIL ACTION NO: 303CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL | |
| DEFENDANTS | DECEMBER 2, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM

Connecticut Parking Services a non-party in the above matter moves for an extension of time in which to comply with local rule 7(a) to file a memorandum of law in support of its objection, motion to quash and motion for costs.

CONNECTICUT PARKING SERVICES
NON PARTY

BY _____
STANLEY COHEN, ESQ
COHEN, AUGER, BURNS & HARD
39 GRAND STREET
HARTFORD, CT 06106
Tel: (860) 549-4740
ITS ATTORNEY

*Granted. So ordered.*
USDJ
2003 DEC 18 P 6:42
DISTRICT COURT
HARTFORD CT