UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: |
| PLAINTIFF, | 3:03cv930(CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY, and | |
| MERYTH DEAN WILLIAMS, Chairperson, Hartford Parking Authority in her official and individual capacities, and | |
| SERAFIN MENDEZ MENDEZ Treasurer, Hartford Parking Authority in his official and individual capacities, | |
| DEFENDANTS | October 23, 2003 |

*Granted, absent objection. So ordered.*
*USDJ 12/16/03*

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff hereby moves to amend his complaint.

The Amended Complaint is attached hereto.

03CV930EXD18