TOTAL TIME: ___ hours _15_ minutes     DEPUTY CLERK _Den_     HONORABLE _Droney_    evmhrg (October 17, 2001)    RPTR/ERO/TAPE _Marshall_

DATE _Dec. 22, 2003_    START TIME _10:30_    END TIME _10:45_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Parker_
vs.
_Hartford Parking_

CIVIL NO. _03CV930 CFD_

_Gersten_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Cohen_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #21  Motion _for Security cost_  withdrawn   ☐ granted  ☒ denied  ☐ advisement
☒ #22  Motion _to Quash_                        ☐ granted  ☒ denied  ☐ advisement

Hearing continued until _____ at _____