UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT T. PARKER,
    Plaintiff

v.

HARTFORD PARKING AUTHORITY, ET AL,
    Defendants.

Civil Action No.
3:03 CV 930 (CFD)



## RULING

Pending are non-party Connecticut Parking Services's Motion for Security of Costs [Doc. #21] and Motion to Quash [Doc. #22]. Also pending is Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum and Motion for Contempt [Doc. #24].

The parties withdrew their motions on December 22, 2003. Thus, non-party Connecticut Parking Services's Motion for Security of Costs [Doc. #21] and Motion to Quash [Doc. #22], and Plaintiff's Motion to Compel Compliance with Subpoena Duces Tecum and Motion for Contempt [Doc. #24] are DENIED, as withdrawn.

SO ORDERED this 22nd day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE