UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03cv 930 (CFD) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY and | : | |
| MERYTH DEAN WILLIAMS, Chairperson, | : | |
| Hartford Parking Authority in her official | : | |
| and individual capacities and | : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, | : | |
| Hartford Parking Authority in his official | : | |
| and individual capacities, | : | |
|    Defendants. | : | DECEMBER 29, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline from December 31, 2003 to January 6, 2004 for filing Defendants' answer or other responsive pleading to the Amended Complaint in the captioned action, and in support thereof, represent as follows:

1.  The deadline for filing Defendants' answer or other responsive pleading in the captioned case is December 31, 2003.

2.	Counsel for Plaintiff has no objection to the granting of this motion.

3.	No prior motions for extension of time have been filed by the undersigned with respect to this deadline.

WHEREFORE, Defendants respectfully request this Court to extend the deadline for filing an answer or other pleading in response to the Plaintiff's Amended Complaint to and including Tuesday, January 6, 2004.

**DEFENDANTS, HARTFORD PARKING AUTHORITY, MERYTH DEAN WILLIAMS and SERAFIN MENDEZ MENDEZ**

By:_____
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 29th day of December, 2003 to:

| | |
|---|---|
| Eliot B. Gersten, Esq. | Jonathan L. Gould, Esq. |
| Gersten & Clifford | 214 Main Street |
| 214 Main Street | Hartford, CT 06106 |
| Hartford, CT 06106 | |

                                                             _____
                                                           Michael G. Albano

E:\WPDOCS\HartfordParking\Parker\extend.time.resp.amended.complaint.wpd