## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER <br>     PLAINTIFF | CIVIL ACTION NO.: 3o3CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL <br>     DEFENDANTS | DECEMBER 19, 2003 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stanley Cohen, hereby appears as an attorney of record for the non-party, Michael A. Ziebka. Copies of all papers and communications in this matter should be directed to the firm's office at 39 Grand Street, Hartford, CT 06106.

                              Non-party,
                              Michael A. Ziebka

                              By_____
                              Stanley Cohen, Esq.
                              Cohen, Auger, Burns & Hard
                              39 Grand St.
                              Hartford, CT 06106
                              Tel: (860) 549-4740
                              His Attorneys
                              Federal Bar No. 00014

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>      PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>      DEFENDANTS | DECEMBER 19, 2003 |

**CERTIFICATION**

This is to certify that a copy of the Appearance was mailed, postage prepaid, this 19th day of December, 2003 to the following: Gersten & Clifford, 241 Main Street, Hartford, CT 06103, Sabia & Hartley, 190 Trumbull Street. Suite 202, Hartford, Connecticut 06103.

_____
Stanley Cohen, Esq.