UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>      PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>      DEFENDANTS | JANUARY 2, 2004 |

**MOTION TO FILE DOCUMENTS UNDER SEAL**

     Non-parties, Connecticut Parking Services, Inc., Carlos Lopez. Inc. Michael A. Ziebka, CPA and Michael A. Ziebka of Budwitz & Meyerjack, non-parties in the above-entitled matter, in accordance with the order of this Court, hereby moves to file documents under seal and with respect to this motion it is hereby stated:

1. As to those documents sought to be filed under seal in the Offices of Cohen, Auger, Burns & Hard, said documents constitute the notes taken by Stanley Cohen, Attorney, letters from Stanley Cohen, Attorney and from Connecticut Parking Services and Michael A. Ziebka, CPA as well as the financial statements of Connecticut Parking Services, Inc. for December 31, 2001/2002 and Connecticut Parking Services, Inc. trial balance worksheet.

2. With respect to the documents sought to be filed under sealed by Michael A. Ziebka on behalf of Carlos Lopez, Connecticut Parking Services and Michael A. Ziebka, CPA of Budwitz & Meyerjack, said documents as requested by the plaintiff are so voluminous as to cause and undue burden not only to the non-parties, but also to the Court and certain of the documents requested relating to Carlos Lopez including those items associated with businesses that have nothing to do with the instant litigation (C&C Furniture and Appliance, Inc. d/b/a Luis of Hartford, Park Street Market Associates Partnership d/b/a El Mercado, Park Street Properties, LLC) and all tax returns, financial statements, working papers, correspondence and documents related to said non-parties entities should be excluded from this litigation. Michael A. Ziebka, CPA offers to bring all of said documentation referred to herein into court so that the

court may examine said records to determine the applicability of Rule 45.

                                  Non-parties,
                                  Connecticut Parking Services, Inc., Carlos Lopez, Michael A. Ziebka, CPA and Michael A. Ziebka d/b/a Budwitz & Meyerjack

By: /s/ Stanley Cohen
Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand St.
Hartford, CT 06106
Tel: (860) 549-4740
Their Attorneys
Federal Bar No. 00014

US DISTRICT COURT
HARTFORD CT

2003 DEC 33 A 11:58

FILED

COHEN, AUGER, BURNS & HARD
ATTORNEYS AT LAW
39 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 549-4740 • JURIS#402625

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>DEFENDANTS | |
| | JANUARY 2, 2004 |

### ORDER

The following motion having been heard and it appearing that the same ought to be granted it is hereby ORDERED:

GRANTED / DENIED

BY THE COURT

_____
Judge / Assistant Clerk

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

| | |
|---|---|
| ROBERT T. PARKER<br>    PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY,<br>ET AL<br>    DEFENDANTS | JANUARY 2, 2004 |

<u>CERTIFICATION</u>

This is to certify that a copy of the Appearance was mailed, postage prepaid, this 2nd day of January, 2004 to the following: Gersten & Clifford, 241 Main Street, Hartford, CT 06103, Sabia & Hartley, 190 Trumbull Street. Suite 202, Hartford, Connecticut 06103.

_____
Stanley Cohen, Esq.