UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03cv 930 (CFD) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY and | : | |
| MERYTH DEAN WILLIAMS, Chairperson, | : | |
| Hartford Parking Authority in her official | : | |
| and individual capacities and | : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, | : | |
| Hartford Parking Authority in his official | : | |
| and individual capacities, | : | |
|    Defendants. | : | JANUARY 6, 2004 |

## ANSWER TO FIRST AMENDED COMPLAINT

### JURISDICTION

1.  Defendants admit "[t]his is a civil action brought by the plaintiff against defendants" in which Plaintiff alleges violations of his alleged rights under the First and Fourteenth Amendments to the United States Constitution and Sections 3, 4 and 14 of Article First of the Connecticut Constitution, as enforced through 42 U.S.C. Section 1983 and C.G.S. Section 31-51q.  Defendants admit that the action seeks a monetary award, equitable remedies, punitive damages, attorney's fees and costs.  Defendants deny the remaining allegations contained in Paragraph 1 of the First Amended Complaint dated October 23, 2003 (the "Amended Complaint").