UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER<br>Plaintiff, | : : : | CIVIL ACTION NO.<br>3:03cv 930 (CFD) |
| v. | : | |
| HARTFORD PARKING AUTHORITY and<br>MERYTH DEAN WILLIAMS, Chairperson,<br>Hartford Parking Authority in her official<br>and individual capacities and<br>SERAFIN MENDEZ MENDEZ, Treasurer,<br>Hartford Parking Authority in his official<br>and individual capacities,<br>Defendants. | : : : : : : : : : | DECEMBER 29, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline from December 31, 2003 to January 6, 2004 for filing Defendants' answer or other responsive pleading to the Amended Complaint in the captioned action, and in support thereof, represent as follows:

The deadline for filing Defendants' answer or other responsive pleading in the captioned case is December 31, 2003.

**SABIA & HARTLEY, LLC** • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • Fax (860) 713-8944