UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY | : | 3:03CV930(CFD) |
| and | : | |
| MERYTH DEAN WILLIAMS, | : | |
| Chairperson, Hartford Parking Authority | : | |
| in her official and individual capacity | : | |
| and | : | |
| | : | |
| SERAFIN MENDEZ MENDEZ | : | |
| Treasurer, Hartford Parking Authority | : | |
| in his official and individual capacity | : | |
|     Defendants | : | January 16, 2004 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT**

    The plaintiff, Robert Parker, hereby moves for leave to file his second amend complaint in the above matter. The complaint adds facts that the plaintiff has discovered since filing this complaint that support a cause of action for breach of Mr. Parker's rights to due process of law.

    Under Rule 15(a) of the Federal Rules of Civil Procedure, the federal courts have adopted a liberal policy for granting amendments to the pleadings. The courts routinely grant parties leave to amend so long as the amendments cause no prejudice to the opposing party or unduly delay the litigation. <u>Foman v. Davis</u>, 37l U.S. l78 (l962). The amendments proposed here conform to these standards.

1

Mr. Parker's second amended complaint does not prejudice the defendants because it merely adds facts and a cause of action that Mr. Parker discovered after receiving the defendants' personnel policies. The fact that discovery remains open in Mr. Parker's case and the parties are several months before trial further supports Ms. Parker's right to amend.

For the foregoing reasons, the Court should grant Mr. Parker leave to file the proposed second amended complaint.

        THE PLAINTIFF,
        ROBERT T. PARKER

By: _____
    Eliot B. Gersten (ct14632)
    GERSTEN & CLIFFORD
    214 Main Street
    Hartford, CT 06106
    Telephone No. (860) 527-7044
    Fax No. (860) 527-4968
    E-mail: EliotG@gersten-clifford.com
    His Attorney

    - and -

By: _____
    Jonathan L. Gould, Esq. (ct 05237)
    Law Offices of Jonathan L. Gould
    214 Main Street
    Hartford, CT 06106
    Tel: 860-278-9115
    Fax: 860-278-9124
    E-mail: jgould@igc.org
    His Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, via regular U.S. Mail, postage prepaid, to all counsel and pro se parties of record on January 16, 2004 as follows:

Jill Hartley, Esq.
Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

                                                              _____
                                                              Jonathan L. Gould