UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT T. PARKER,
    Plaintiff

v().

HARTFORD PARKING AUTHORITY,
ET AL,
    Defendants.

Civil Action No.
3:03 CV 930 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

__X__ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A ruling on the following motions which are currently pending:(orefm.)

____ A settlement conference (orefmisc./cnf)

____ A conference to discuss the following: (orefmisc./cnf)_____

____ Other: (orefmisc./misc) _____

SO ORDERED this 23rd day of January 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE