issuance of instructions directing the witness not to answer; the inappropriate answering of questions intended for the deponent; and the improper invoking of the attorney-client privilege and the work product doctrine, sometimes blocking the answering of even foundation questions.

### 1. Outbursts and Non-Meritorious Objections Unrelated to Privilege

Rule 30(c), Fed.R.Civ.P., provides in pertinent part that during oral examination "[e]vidence objected to shall be taken subject to objections." This means that "ordinarily the deponent shall answer all questions . . . , and that all . . . objections [other than those based on privilege] shall be stated, but reserved until the actual trial." 4A J. Moore, Federal Practice ¶30.59 at 145 (1990). The rule "means what it says." Ralston Purina Co. v. McFarland, 550 F.2d 967, 973 (4th Cir. 1977), citing Wright & Miller, Federal Practice and Procedure, Civil §2113 at 419 n.22 (1970).

Were the rule otherwise, "oral examinations would be quickly reduced to an exasperating cycle of answerless inquiries and court orders." Shapiro v. Freeman, 38 F.R.D. 308, 311 (S.D.N.Y. 1965). Depositions would cease being the valuable discovery tool envisioned by the Federal Rules of Civil Procedure. Accordingly, objections unrelated to a claim of

3