The following examples illustrate the foregoing defects.

> Q: Did any one product have a greater tendency to self-heat than any of the others of the two?
>
> MR. BONESTEEL: I object to the form of the question as <u>potentially calling for attorney-client and work product privileged information</u>.
>
> Q: Can you answer it?
>
> MR. TENER: Are you directing him not to answer?
>
> MR. BONESTEEL: I'm directing him not to answer as phrased.

(Forestiere 334-335)

> Q: Why would that be important to anyone at Minwax?
>
> MR. BONESTEEL: I will object because <u>this may well invade the attorney-client and work product</u>.

(Forestiere 411)

> Q: Have you ever discussed that, those changes, with anyone within Minwax?
>
> MR. BONESTEEL: I'm going to object to the question. <u>It is potentially invading the attorney-client and work product privileges</u>. You mean –
>
> MR. TENER: Other than counsel.
>
> MR. BONESTEEL: Or at counsel's direction.

(Forestiere 419-420, emphasis added). Also see, e.g. pages 421, 431-432, 470, 606, 607, 627-628, 666, 709, 720, 721, 723-724. Once again, the magistrate finds

14