FILED

2004 JAN 27 P 1: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:03cv 930 (CFD) |
| v. | : | |
| HARTFORD PARKING AUTHORITY and<br>MERYTH DEAN WILLIAMS, Chairperson,<br>Hartford Parking Authority in her official<br>and individual capacities and<br>SERAFIN MENDEZ MENDEZ, Treasurer,<br>Hartford Parking Authority in his official<br>and individual capacities,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | JANUARY 26, 2004 |

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned, on behalf of the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez, in the above-captioned action:

> John P. Shea, Jr.
> Fed. Bar No. CT 17433
> Sabia & Hartley, LLC
> 190 Trumbull Street, Suite 202
> Hartford, CT 06103
> (860) 541-2077

DEFENDANTS, HARTFORD PARKING
AUTHORITY, MERYTH DEAN WILLIAMS
and SERAFIN MENDEZ MENDEZ

By: _____
John P. Shea, Jr.
Federal Bar CT 17433

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 26th day of January, 2004 to:

Eliot B. Gersten, Esq.  
Gersten & Clifford  
214 Main Street  
Hartford, CT 06106

Jonathan L. Gould, Esq.  
214 Main Street  
Hartford, CT 06106

_____
John P. Shea

E:\WPDOCS\HartfordParking\Parker\appearance.jps.wpd

- 2 -