# SABIA & HARTLEY, LLC

ATTORNEYS AT LAW
190 TRUMBULL STREET
SUITE 202
HARTFORD, CONNECTICUT 06103-2205

RANDALL J. SABIA
JILL HARTLEY*
EDWARD C. TAIMAN, JR.

EILEEN C. MOSKEY
MICHAEL G. ALBANO**
JOHN P. SHEA, JR.
LORI RITTMAN CLARK

OF COUNSEL:
EILEEN G. FERRIS

* ALSO ADMITTED IN MA
** ALSO ADMITTED IN NY & NJ

TELEPHONE
(860) 541-2077

FACSIMILE
(860) 713-8944

WWW.SABIAHART.COM

January 23, 2004

**VIA FACSIMILE (by permission) (240-2637) and REGULAR MAIL**
The Honorable Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT 06103

Re:  Parker v. Hartford Parking Authority, et al.
     Docket No.: 3:03cv 930 (CFD)

Dear Judge Droney:

    I represent the Defendants in the above-captioned matter. I understand that your chambers has suggested that counsel for both sides submit letters to your attention, in an effort to resolve a discovery dispute that arose yesterday in the deposition of individual defendant, Serafin Mendez Mendez ("Mendez").

    By way of background, Plaintiff, Robert Parker ("Plaintiff") was the Controller for Defendant, The Hartford Parking Authority (the "HPA"). Plaintiff's First Amendment Retaliation claim stems from the events of a May 14, 2003 Special Meeting of the HPA. Plaintiff maintains that he was suspended and ultimately terminated in retaliation for his alleged efforts to raise matters of public concern at the Meeting. Defendants deny these claims. Rather, Mendez has testified that Plaintiff was suspended and ultimately terminated because of the temper tantrum he threw when he was not recognized to speak at the Meeting (which included his slamming of papers and doors, a raised and hostile tone of voice and his abrupt departure from the Meeting).

    Plaintiff has moved the Court for leave to amend his Complaint for a second time, proposing to add a claim for violation of Plaintiff's alleged rights to procedural due process. Defendants have no objection to Plaintiff's request for leave to file his Second Amended Complaint.

*The Clerk shall docket this letter and include it in the Court's file. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*01/29/04*