UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>　　　Plaintiff<br>v.<br><br>HARTFORD PARKING AUTHORITY<br>and<br><br>MERYTH DEAN WILLIAMS,<br>Chairperson, Hartford Parking Authority<br>in her official and individual capacity<br>and<br><br>SERAFIN MENDEZ MENDEZ<br>Treasurer, Hartford Parking Authority<br>in his official and individual capacity<br>　　　Defendants | CIVIL ACTION NO.<br><br>3:03CV930(CFD)<br><br><br><br><br><br><br><br><br>January 13, 2004 |

*Counsel absent objection, so ordered. 1/29/04 USDJ*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT**

The plaintiff, Robert Parker, hereby moves for leave to file his second amended complaint in the above matter. The complaint adds facts that the plaintiff has discovered since filing this complaint that support a cause of action for breach of Mr. Parker's rights to due process of law.

Under Rule 15(a) of the Federal Rules of Civil Procedure, the federal courts have adopted a liberal policy for granting amendments to the pleadings. The courts routinely grant parties leave to amend so long as the amendments cause no prejudice to the opposing party or unduly delay the litigation. Foman v. Davis, 371 U.S. 178 (1962). The amendments proposed here conform to these standards.

1