# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER<br>PLAINTIFF | CIVIL ACTION NO.: 303CV930 (CFD) |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL<br>DEFENDANTS | JANUARY 2, 2004 |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Non-parties, Connecticut Parking Services, Inc., Carlos Lopez. Inc. Michael A. Ziebka, CPA and Michael A. Ziebka of Budwitz & Meyerjack, non-parties in the above-entitled matter, in accordance with the order of this Court, hereby moves to file documents under seal and with respect to this motion it is hereby stated:

1. As to those documents sought to be filed under seal in the Offices of Cohen, Auger, Burns & Hard, said documents constitute the notes taken by Stanley Cohen, Attorney, letters from Stanley Cohen, Attorney and from Connecticut Parking Services and Michael A. Ziebka, CPA as well as the financial statements of Connecticut Parking Services, Inc. for December 31, 2001/2002 and Connecticut Parking Services, Inc. trial balance worksheet.

2. With respect to the documents sought to be filed under sealed by Michael A. Ziebka on behalf of Carlos Lopez, Connecticut Parking Services and Michael A. Ziebka, CPA of Budwitz & Meyerjack, said documents as requested by the plaintiff are so voluminous as to cause and undue burden not only to the non-parties, but also to the Court and certain of the documents requested relating to Carlos Lopez including those items associated with businesses that have nothing to do with the instant litigation (C&C Furniture and Appliance, Inc. d/b/a Luis of Hartford, Park Street Market Associates Partnership d/b/a El Mercado, Park Street Properties, LLC) and all tax returns, financial statements, working papers, correspondence and documents related to said non-parties entities should be excluded from this litigation. Michael A. Ziebka, CPA offers to bring all of said documentation referred to herein into court so that the

COHEN, AUGER, BURNS & HARD
ATTORNEYS AT LAW
39 GRAND STREET • HARTFORD, CONNECTICUT 06106 • (860) 549-4740 • JURIS#402625

[Handwritten annotation in left margin:] 2/3/04. Denied. If these papers are filed pursuant to an order of Judge Droney, then this is no need for a motion such as this. The undersigned notes that the documents appear to have already been filed under seal. [signature] WMG J.