UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

DECEMBER 16, 2003

5:00 P.M.

held 5:00-5:15
.15 minutes

PLAINTIFF'S COUNSEL
WILL INITIATE THE CALL
860-240-2635

CASE NO. 3-03-cv-930 (CFD)    PARKER v HARTFORD PARKING AUTHORITY

Michael G. Albano                    Stanley Cohen
Sabia & Hartley, LLC                 Cohen, Auger, Burns & Hard
190 Trumbull St. Suite 202           39 Grand St.
Hartford, CT 06103-2205              Hartford, CT 06106


Eliot B. Gersten                     Jonathan L. Gould
Gersten & Clifford                   214 Main St.
214 Main Street                      Hartford, CT 06106
Hartford, CT 06106


Jill Hartley
Sabia & Hartley, LLC
190 Trumbull St. Suite 202
Hartford, CT 06103-2205


                                     BY ORDER OF THE COURT
                                     KEVIN F. ROWE, CLERK