FILED

2004 MAR 17 P 12: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT T. PARKER, | CIVIL ACTION NO.: |
| | 3:03CV930(CFD) |
| PLAINTIFF, | |
| V. | |
| HARTFORD PARKING AUTHORITY, ET AL | |
| DEFENDANTS | MARCH 14, 2004 |

## JOINT STATUS REPORT

Plaintiff, Robert Parker ("Plaintiff") and Defendants, Hartford Parking Authority, Serafin Mendez-Mendez and Meryth Williams (collectively referred to hereafter as "Defendants"), submit this Joint Status Report per the Court's Order Re: Status dated February 24, 2004.

A. **Nature of the Case**

1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

RESPONSE: It is Plaintiff's position that he has brought a "whistleblowing" type claim against his former employer, the Hartford Parking Authority (the "HPA") and two members of the HPA Board, Serafin Mendez-Mendez and Meryth

Williams.[1] Plaintiff maintains that he was suspended[2] and terminated in violation of various state and federal constitutional rights. Specifically, Plaintiff alleges that he was subject to retaliation due to his exercise and attempted exercise of his alleged first amendment rights and that he was denied procedural due process. Defendants vigorously deny Plaintiff's claims and maintain that Plaintiff was suspended with pay and ultimately terminated from his employment due to an egregious display of insubordinate and unprofessional behavior at a meeting attended by members of the public.

2.   Are there any motions pending? If so, list them.

RESPONSE: A joint motion for extension of time to complete discovery. There are other motions, filed by Plaintiff, that are pending before Judge Smith who scheduled a conference on March 22, 2004.

B.  **Discovery**

1.   Is discovery completed?

RESPONSE: No.

   If not, how much additional time is requested?

RESPONSE: The pending Motion for Extension of Time seeks a three month extension of the discovery deadline (until June 7, 2004).

   Will there be a request for modification of the Scheduling Order?

---

[1] However, per Plaintiff's Second Amended Complaint, no cause of action for an alleged violation of the Whistleblower Statute is alleged.

[2] While Plaintiff characterizes his suspension as disciplinary, Defendants dispute this characterization given the fact that Plaintiff was suspended with pay.

RESPONSE: Yes.

What will be the request?

RESPONSE: The parties' pending Motion for Extension of Time referenced in Paragraph B.1. above.

C. **Settlement**

1. When was the last settlement conference and who conducted it?

RESPONSE: None.

2. Are there any outstanding reports due any party or the person conducting the settlement conference?

RESPONSE: No.

3. Do the parties believe a settlement conference would be beneficial at this time?

RESPONSE: Plaintiff believes a settlement conference may be beneficial. Defendants do not believe a settlement conference would be beneficial at this time, but believe that such a conference would be beneficial at a later juncture in the discovery process.[3]

D. **Trial Preparation**

1. When will the case be ready for trial?

RESPONSE: After the completion of discovery and the submission of any dispositive motions.

---

[3] Defendants have not yet, but are scheduled to, depose Plaintiff on April 2, 2004.

2.  What additional preparation, other than previously discussed, is required?

RESPONSE: Deposition of Plaintiff and the defendants as well as several non-party witnesses.

3.  Are there additional pleadings to be filed? If so, state their nature.

RESPONSE: Plaintiff believes he may file other pleadings based upon discovery. Plaintiff believes the depositions of members of the Hartford Corporate Counsel office and the mayor[4] which are currently scheduled to take place will determine the nature and timing of any additional pleadings.

4.  Has a joint trial memorandum been filed?

RESPONSE: No.

   If not, when is it due?

RESPONSE: A joint trial memorandum is to be filed on October 1, 2004 or within 60 days after a ruling on any dispositive motions, whichever is later.

---

[4] Defendants have not consented to the Mayor's deposition and are evaluating what protective motions are appropriate and will confer with opposing counsel regarding same. Defendants received the subpoena for the Mayor's deposition today.

- 4 -

PLAINTIFF,

By: _____
Eliot B. Gersten (ct05213)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Fax: 860-527-4968
His Attorney

DEFENDANTS

By: _____
Jill Hartley, Esq. (ct10570)
Michael G. Albano (ct21440)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: 860-541-2077
Fax: 860-713-8944
Their Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid or hand delivered on this 14th day of March, 2004 to:

Jonathan L. Gould, Esq.
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax: 860-278-9124

Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106
Tel: 860-549-4740
Fax: 860-247-2126

_____
Eliot B. Gersten