FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   2004 MAR -2   P 2: 33

| | |
|---|---|
| ROBERT T. PARKER<br>    Plaintiff, | : CIVIL ACTION NO.<br>: 3:03cv 930 (CFD) |
| v. | : |
| HARTFORD PARKING AUTHORITY and<br>MERYTH DEAN WILLIAMS, Chairperson,<br>Hartford Parking Authority in her official<br>and individual capacities and<br>SERAFIN MENDEZ MENDEZ, Treasurer,<br>Hartford Parking Authority in his official<br>and individual capacities,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 1, 2004 |

3/24/04. Granted.
[signature] /s/ CFD

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), and Plaintiff, Robert Parker, jointly move that the Court enter an order extending the deadline for completion of discovery in this matter from March 1, 2004 to June 7, 2004. The parties offer the following in support of this motion:

1. The deadline for the completion of discovery (pursuant to the Report of the Parties' Planning Meeting) is March 1, 2004.

2. The undersigned has conferred with Counsel for Plaintiff regarding this matter. Counsel for Plaintiff has indicated that he wishes to join in a motion requesting an additional fourteen weeks for the parties to complete all discovery in this matter.

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944