UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 26  P 2: 18

| | |
|---|---|
| ROBERT T. PARKER<br>    Plaintiff | : <br> :    3:03CV930 (CFD) <br> : |
| v. | : <br> : |
| HARTFORD PARKING AUTHORITY, ET AL<br>and,    Defendants | : <br> : <br> :    March 25, 2004 |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance in the above-entitled action as attorney for the defendants in the above-captioned matter.

Dated at Hartford, Connecticut this 25th day of March, 2004.

DEFENDANTS

BY _____
John Rose, Jr.
Corporation Counsel
Its Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. Ct 024228
Telephone (860) 543-8575
Facsimile (860) 722-8114

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of March, 2004 to:

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould, Esq.
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106

Jull Hartley, Esq.
Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull Street, Ste 202
Hartford, CT 06103

Stanley Cohen, Esq.
Cohen Auger Burns & Hard
39 Grand Street
Hartford, CT 06106

_____
John Rose, Jr.