FILED

2004 APR -6  A 11: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
| Plaintiff | | |
| | | 3:03 CV 930 (CFD) |
| v. | | |
| | | |
| HARTFORD PARKING AUTHORITY, ET AL | | |
| Defendants | : | APRIL 6, 2004 |

## MOTION FOR PROTECTIVE ORDER

In the above-captioned matter, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (FRCP), the undersigned Corporation Counsel for the City of Hartford, a nonparty, moves this Court for a protective order concerning the proposed deposition of a City agent or representative identified only as that person "…who has the most knowledge regarding the City's personnel rules, polices and practices relating to its employee…" all as set forth is the attached Notice of Deposition dated March 26, 2004, and says in justification:

1. That the City is not a party to this litigation; and

2. That the defendant, Hartford Parking Authority is a duly constituted, independent entity, which has its own "personnel rules, policies and practices" which fact is well known to Attorney Gersten, a co-signator of the attached Notice of Deposition; and

3. That the undersigned is aware personally that Attorney Gersten has possession of the "personnel rules, policies and practices" of the defendant Hartford Parking Authority; and

4. That the undersigned wrote to Attorney Gersten and to Attorney Gould concerning the attached Notice of Deposition attempting to confer with them regarding this issue and as of the date of this Motion for Protective Order has heard nothing from either of them. A copy of the undersigned's March 31, 2004 letter is attached; and

5. That the deposition is presently scheduled for April 9, 2004, a municipal holiday.

On behalf of the City of Hartford and its agents, employees or representative who might have been required to testify at the said deposition, the undersigned prays the Court order

    (a) that the deposition not be had, as being unnecessary and designed merely to harass or annoy; and/or

    (b) that the disclosure or discovery not be had with respect to the City's personnel rules, policies and practices which are in no way related to the Plaintiff's claims; and/or

(c) that the Plaintiff be required to provide proofs as to the relevance of an inquiry concerning the City non-party's personnel rules, policies and practices; and/or

(d) that the Plaintiff's counsel be restrained from inquiring as to procedures, policies and rationale for the provisions, or any of them in the City's personnel rules, policies and practices none of which are the subject of Plaintiff's claims in this case.

DEFENDANTS

BY _____
John Rose, Jr., (ct04228)
Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06106
Telephone No. (860) 543-8575
Fax No. (860) 722-8114



# CITY OF HARTFORD

OFFICE OF THE CORPORATION COUNSEL
550 MAIN STREET
HARTFORD, CONNECTICUT 06103

TELEPHONE (860) 543-8575
FAX (860) 722-8114

**JOHN ROSE, JR.**
Corporation Counsel
email: RoseJ001@hartford.gov

**CARL R. NASTO**
Deputy Corporation Counsel
email: Cnasto@ci.hartford.ct.us

March 31, 2004

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould, Esq.
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106

    Re:    **Parker v. Hartford Parking Authority**
             Notice of Deposition dated March 26, 2004

Gentlemen:

    The Notice of Deposition signed by you dated March 26, 2004, which seeks to examine an agent and/or representative of the City of Hartford "...who has the most knowledge regarding the City's personnel rules, policies and practices..." has been referred to me.

    As you know, the City is not a party to the litigation. Further, there is no question but that Mr. Gersten is aware that the defendant Hartford Parking Authority has/had its own personnel policies and procedures, being a document used by him to examine witnesses at two depositions last week, at which I was present.

    The City's personnel rules, policies and practices are not relevant to the Plaintiff's lawsuit.

If I am somehow missing something concerning this deposition notice and the rationale for examining the City representative, please call me and we can discuss the matter. Otherwise, my inclination is to file a pleading objecting to the deposition and seeking protection from the Court with respect to any such inquiry. As you know, Rule 26 requires that we confer or attempt to confer before any pleading is filed.

If we have not resolved this issue prior to April 5, I will file an appropriate pleading.

Yours truly,

John Rose, Jr.
Corporation Counsel

JR/em

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CORPORATION COUNSEL

04 MAR 29 PM 3:27

| | |
|---|---|
| ROBERT T. PARKER, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:03CV930(CFD) |
| v. | : |
| HARTFORD PARKING AUTHORITY ET AL. | : |
| Defendants | : March 26, 2004 |

### NOTICE OF DEPOSITION

To:   City of Hartford
      550 Main Street
      Hartford, CT 06103

Atty. Jill Hartley, Esq.
Atty. Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Atty. John Rose
Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff will take the deposition, upon oral examination, of the agent and/or representative of the City of Hartford who has the most knowledge regarding the City's personnel rules, policies and practices relating to its employees on Friday April 9, 2004 **at 10:00 a.m.** at the law offices of **Gersten & Clifford, 214 Main Street, Hartford, Connecticut,** before

a court reporter or other authority competent to administer an oath. This deposition is being taken for the purpose of discovery or for use at trial (or both), or for such purposes as are permitted under the Federal Rules of Civil Procedure and laws of the State of Connecticut.

**ALSO TAKE NOTICE THAT,** pursuant to Rules 30(b)(5) and 34 of the Federal Rules, the deponent is hereby required to produce at the time of such deposition copies of all documents comprising the personnel rules and/or policies relating to employees of the City of Hartford as they existed from January 1, 2003 to the present.

You are invited to attend and cross-examine.

        THE PLAINTIFF,
        ROBERT T. PARKER

By: *[signature]*
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: eliotg@gersten-clifford.com

By: *[signature]*
Jonathan L. Gould, Esq. (ct 05237)
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax: 860-278-9124
E-mail: jgould@igc.org
His Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed and/or hand delivered, via U.S. Mail, postage prepaid, to all counsel and pro se parties of record on March 26, 2004 as follows:

Atty. Jill Hartley, Esq.
Atty. Michael G. Albano
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Atty. John Rose
Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106

Jonathan L. Gould