UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARKER,
    -Plaintiff

-v-                                        CIVIL 3-03 CV 93 (CFD)

HARTFORD PARKING AUTHORITY, ET AL.,
    -Defendants

### ORDER

A settlement conference has been held in this case. The case has been reported settled, subject to City Council approval. The parties shall file the appropriate papers within 30 days hereof.

Dated at Hartford, Connecticut, this 19th day of May, 2004.

Thomas P. Smith
United States Magistrate Judge