**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT T. PARKER<br>Plaintiff<br>v. | : | CIVIL ACTION NO. |
| HARTFORD PARKING AUTHORITY | : | 3:03CV930(CFD) |
| and | : | |
| MERYTH DEAN WILLIAMS,<br>Chairperson, Hartford Parking Authority<br>in her official and individual capacity<br>and | : | |
| SERAFIN MENDEZ MENDEZ<br>Treasurer, Hartford Parking Authority<br>in his official and individual capacity<br>Defendants | : | June 13, 2004 |

**MOTION TO EXEMPT FROM THE SETTLEMENT LIST**

The plaintiff hereby moves to exempt this case from the reported settlement list and requests that the Court restore the case to the active docket. The parties have not been able to settle this matter as previously reported to the Court.

**ORAL ARGUMENT NOT REQUESTED**

THE PLAINTIFF,
ROBERT T. PARKER

By: Eliot B. Gersten (ZZH)
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

- and -

By: Jonathan Gould
Jonathan L. Gould, Esq. (ct 05237)
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax: 860-278-9124
E-mail: jgould@igc.org
His Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, via regular U.S. Mail, postage prepaid, to all counsel and pro se parties of record on June 14, 2004 as follows:

Atty. Jill Hartley, Esq.
Atty. Michael G. Albano
Atty. John Shea
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Atty. John Rose
Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106

Jonathan L. Gould