UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT T. PARKER : | CIVIL ACTION NO. |
| Plaintiff, : | 3:03cv 930 (CFD) |
| : | |
| v. : | |
| : | |
| HARTFORD PARKING AUTHORITY and : | |
| MERYTH DEAN WILLIAMS, Chairperson, : | |
| Hartford Parking Authority in her official : | |
| and individual capacities and : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, : | |
| Hartford Parking Authority in his official : | |
| and individual capacities, : | |
| Defendants. : | JUNE 15, 2004 |

## MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO COMPLETE DISCOVERY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for completion of discovery in this matter to July 15, 2004. Defendants offer the following in support of this motion:

1. The parties attended a settlement conference before Magistrate Thomas Smith on May 12, 2004. Although no settlement agreement was reached on May 12, 2004, the parties agreed to continue settlement discussions with the assistance of Judge Smith. The parties further agreed to suspend their completion of discovery in view of their efforts to resolve this litigation (at Judge Smith's suggestion).

2. While settlement discussions continued for several weeks after the settlement conference, the parties have recently reached an impasse with regard to the terms and conditions of the Settlement Agreement & Release.

3. Good cause exists for an extension of the discovery deadline from June 7, 2004 to July 15, 2004 given the impracticality of concluding discovery in the midst of the parties' efforts to settle the litigation.

4. The undersigned has conferred with counsel for Plaintiff who consents to an extension of the discovery deadline to July 15, 2004.

5. This is Defendants' second request for an extension of time regarding this deadline.

6. Trial has not yet been scheduled in this matter.

WHEREFORE, the parties respectfully request this Court to extend the deadline for the completion of discovery to July 15, 2004.

DEFENDANTS, HARTFORD PARKING
AUTHORITY, MERYTH DEAN WILLIAMS
and SERAFIN MENDEZ MENDEZ

By: *Jill Hartley* (signature)
Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 15th day of June, 2004 to:

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT 06106

John Rose, Jr., Esq.
Corporation Counsel
City of Hartford
550 Main Street, 3rd Floor
Hartford, CT 06103

_____
Jill Hartley

E:\WPDOCS\HartfordParking\Parker\extend.time.discovery.cutoff.2nd.wpd

SABIA & HARTLEY, LLC • ATTORNEYS AT LAW
190 TRUMBULL STREET • SUITE 202 • HARTFORD, CT 06103-2205 • (860) 541-2077 • FAX (860) 713-8944