# SABIA & HARTLEY, LLC

ATTORNEYS AT LAW
190 TRUMBULL STREET
SUITE 202
HARTFORD, CONNECTICUT 06103-2205

FILED

2004 JUN 16  P 2: 28

U.S. DISTRICT COURT
HARTFORD, CT.

RANDALL J. SABIA
JILL HARTLEY*
EDWARD C. TAIMAN, JR.

EILEEN C. MOSKEY
MICHAEL G. ALBANO**
JOHN P. SHEA, JR.
LORI RITTMAN CLARK

OF COUNSEL:
EILEEN G. FERRIS

* ALSO ADMITTED IN MA
** ALSO ADMITTED IN NY & NJ

TELEPHONE
(860) 541-2077

FACSIMILE
(860) 713-8944

WWW.SABIAHART.COM

June 15, 2004

Honorable Thomas P. Smith
United States Magistrate Judge
United States District Court
450 Main Street
Hartford, CT 06103

    Re:  Parker v. Hartford Parking Authority, et al.
          Docket No.: 3:03cv 930 (CFD)

Dear Judge Smith:

    Enclosed is a chambers copy of Defendants' Motion for Extension of Time, Nunc Pro Tunc, to Complete Discovery. As you will see, the parties reached an impasse during the course of their efforts to conclude this matter with regard to the terms and conditions of the Settlement Agreement & Release. For this reason, the Defendants seek an extension of discovery, as contemplated during the settlement conference in the event this case could not be resolved.

    Thank you for your anticipated assistance with regard to this matter.

                                                Respectfully,

                                                Jill Hartley

JH:dr
Enclosure
cc:    Eliot B. Gersten, Esq.
        Jonathan L. Gould, Esq.
        John Rose, Jr., Esq.
E:\WPDOCS\HartfordParking\Parker\corr\judge.smith.6.15.04.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03cv 930 (CFD) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY and | : | |
| MERYTH DEAN WILLIAMS, Chairperson, | : | |
| Hartford Parking Authority in her official | : | |
| and individual capacities and | : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, | : | |
| Hartford Parking Authority in his official | : | |
| and individual capacities, | : | |
|    Defendants. | : | JUNE 15, 2004 |

### MOTION FOR EXTENSION OF TIME, NUNC PRO TUNC, TO COMPLETE DISCOVERY

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure for the United States District Court, District of Connecticut, Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez (collectively "Defendants"), move that the Court enter an order extending the deadline for completion of discovery in this matter to July 15, 2004. Defendants offer the following in support of this motion:

1. The parties attended a settlement conference before Magistrate Thomas Smith on May 12, 2004. Although no settlement agreement was reached on May 12, 2004, the parties agreed to continue settlement discussions with the assistance of Judge Smith. The parties further agreed to suspend their completion of discovery in view of their efforts to resolve this litigation (at Judge Smith's suggestion).

2. While settlement discussions continued for several weeks after the settlement conference, the parties have recently reached an impasse with regard to the terms and conditions of the Settlement Agreement & Release.

3. Good cause exists for an extension of the discovery deadline from June 7, 2004 to July 15, 2004 given the impracticality of concluding discovery in the midst of the parties' efforts to settle the litigation.

4. The undersigned has conferred with counsel for Plaintiff who consents to an extension of the discovery deadline to July 15, 2004.

5. This is Defendants' second request for an extension of time regarding this deadline.

6. Trial has not yet been scheduled in this matter.

WHEREFORE, the parties respectfully request this Court to extend the deadline for the completion of discovery to July 15, 2004.

DEFENDANTS, HARTFORD PARKING
AUTHORITY, MERYTH DEAN WILLIAMS
and SERAFIN MENDEZ MENDEZ

By: _____
Jill Hartley
Fed. Bar No. CT 10570
Michael G. Albano
Fed. Bar No. CT 21440
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

- 2 -

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 15th day of June, 2004 to:

Eliot B. Gersten, Esq.  
Gersten & Clifford  
214 Main Street  
Hartford, CT 06106

Jonathan L. Gould, Esq.  
214 Main Street  
Hartford, CT 06106

John Rose, Jr., Esq.  
Corporation Counsel  
City of Hartford  
550 Main Street, 3rd Floor  
Hartford, CT 06103

_____  
Jill Hartley

E:\WPDOCS\HartfordParking\Parker\extend.time.discovery.cutoff.2nd.wpd

- 3 -