# SABIA & HARTLEY, LLC

ATTORNEYS AT LAW
190 TRUMBULL STREET
SUITE 202
HARTFORD, CONNECTICUT 06103-2205

**FILED**

2004 JUN 16  P 2: 28

U.S. DISTRICT COURT
HARTFORD, CT.

RANDALL J. SABIA
JILL HARTLEY*
EDWARD C. TAIMAN, JR.

EILEEN C. MOSKEY
MICHAEL G. ALBANO**
JOHN P. SHEA, JR.
LORI RITTMAN CLARK

OF COUNSEL:
EILEEN G. FERRIS

* ALSO ADMITTED IN MA
** ALSO ADMITTED IN NY & NJ

TELEPHONE
(860) 541-2077

FACSIMILE
(860) 713-8944

WWW.SABIAHART.COM

June 15, 2004

Honorable Thomas P. Smith
United States Magistrate Judge
United States District Court
450 Main Street
Hartford, CT 06103

Re: Parker v. Hartford Parking Authority, et al.
Docket No.: 3:03cv 930 (CFD)

Dear Judge Smith:

---

**June 16, 2004.** Treating this letter as a motion to set a new discovery schedule, it is **DENIED** without prejudice to renewal depending on the outcome of the evidentiary hearing that the undersigned intends to conduct on the anticipated, forthcoming motion to enforce the settlement agreement which the court understood had been reached in this case. An evidentiary hearing will be held on the motion to enforce at 10:00 a.m., June 28, 2004. All persons who attended this court's settlement conferences in this case are hereby **ORDERED** to attend the evidentiary hearing and may be called upon by the court to testify.

**Thomas P. Smith**
**United States Magistrate Judge**