UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JUN 16  P 4: 04

DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ROBERT T. PARKER<br>Plaintiff<br>v.<br><br>HARTFORD PARKING AUTHORITY<br><br>and<br><br>MERYTH DEAN WILLIAMS,<br>Chairperson, Hartford Parking Authority<br>in her official and individual capacity,<br>and<br><br>SERAFIN MENDEZ MENDEZ<br>Treasurer, Hartford Parking Authority<br>in his official and individual capacity<br>Defendants | CIVIL ACTION NO.<br><br><br><br>3:03CV930(CFD)<br><br><br><br><br><br><br><br><br><br><br>June 16, 2004 |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

The plaintiff hereby moves for an order to enforce the parties' settlement agreement and moves that the Court exercise its discretion to award the plaintiff attorneys fees incurred as result of the defendants renunciation of the settlement.

THE PLAINTIFF,
ROBERT T. PARKER

By: *Eliot B. Gersten (EBG)*
Eliot B. Gersten (ct14632)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Telephone No. (860) 527-7044
Fax No. (860) 527-4968
E-mail: EliotG@gersten-clifford.com
His Attorney

**ORAL ARGUMENT REQUESTED**

                 - and -

By: *[signature]*

Jonathan L. Gould, Esq. (ct 05237)
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel: 860-278-9115
Fax: 860-278-9124
E-mail: jgould@igc.org
His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, via regular U.S. Mail, postage prepaid, to all counsel and pro se parties of record on June 16, 2004 as follows:

Atty. Jill Hartley, Esq.
Atty. Michael G. Albano
Atty. John Shea
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Atty. John Rose
Corporation Counsel
City of Hartford
550 Main Street
Hartford, CT 06103

Stanley Cohen, Esq.
Cohen, Auger, Burns & Hard
39 Grand Street
Hartford, CT 06106

*[signature]*
Jonathan L. Gould