UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT T. PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:03cv 930 (CFD) |
| | : | |
| v. | : | |
| | : | |
| HARTFORD PARKING AUTHORITY and | : | |
| MERYTH DEAN WILLIAMS, Chairperson, | : | |
| Hartford Parking Authority in her official | : | |
| and individual capacities and | : | |
| SERAFIN MENDEZ MENDEZ, Treasurer, | : | |
| Hartford Parking Authority in his official | : | |
| and individual capacities, | : | |
|    Defendants. | : | JUNE 25, 2004 |

**NOTICE OF MANUAL FILING**

_____Please take notice that the Defendants, Hartford Parking Authority, Meryth Dean Williams and Serafin Mendez Mendez, have manually filed the following documents:

    1.    Exhibits A, B, C, D, E, F, and G appended to Defendants' Memorandum In Opposition To Plaintiff's Motion To Enforce Settlement Agreement.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

**DEFENDANTS, HARTFORD PARKING AUTHORITY, MERYTH DEAN WILLIAMS and SERAFIN MENDEZ MENDEZ**

By:_____
Jill Hartley
Fed. Bar No. CT 10570
jhartley@sabiahart.com
John P. Shea, Jr.
Fed. Bar No. CT 17433
jshea@sabiahart.com
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent this 25th day of June, 2004, via hand delivery, to:

| | |
|---|---|
| Jonathan L. Gould, Esq. | Eliot B. Gersten, Esq. |
| 214 Main Street | Gersten & Clifford |
| Hartford, CT 06106 | 214 Main Street |
| | Hartford, CT 06106 |

and via first class mail, postage prepaid, to:

John Rose, Jr., Esq.
Corporation Counsel
City of Hartford
550 Main Street, 3rd Floor
Hartford, CT 06103

_____
Jill Hartley

E:\WPDOCS\HartfordParking\Parker\notice.manual.filing.wpd