UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PARKER | : | CIVIL ACTION NO. |
|    Plaintiff, | | 3:03 CV 930 (CFD) |
| | : | |
| v. | | |
| | : | |
| HARTFORD PARKING AUTHORITY, | | |
| MERYTH DEAN WILLIAMS, AND | : | |
| SERAFIN MENDEZ MENDEZ | | |
|    Defendants. | : | AUGUST 13, 2004 |

**JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE**

     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate that the above-captioned suit be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties.  Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to by the parties and so stipulated.

| | |
|---|---|
| FOR THE DEFENDANTS,<br>HARTFORD PARKING AUTHORITY<br>MERYTH DEAN WILLIAMS AND<br>SERAFIN MENDEZ-MENDEZ | PLAINTIFF,<br>ROBERT PARKER |
| _____ | _____ |
| Jill Hartley (ct 10570)<br>John P. Shea, Jr. (ct 17433)<br>Their Attorney<br>Sabia & Hartley, LLC<br>190 Trumbull Street<br>Hartford, CT 06103<br>Tel: (860) 541-2077<br>Fax: (860) 713-8944 | Eliot B. Gersten (ct 14632)<br>His Attorney<br>Gersten & Clifford<br>214 Main Street<br>Hartford, CT 06106<br>Tel: (860) 527-7044<br>Fax: (860) 527-4968 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Joint Stipulation For Dismissal With Prejudice was mailed, postage prepaid, this 13th day of August, 2004 to:

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT 06106

John Rose, Jr., Esq.
Corporation Counsel
City of Hartford
550 Main Street, 3rd Floor
Hartford, CT 06103

                                                                          _____
                                                                          Jill Hartley